IN THE UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USAA FEDERAL SAVINGS BANK | § § § § | |
| Plaintiff/Stakeholder | | |
| v. | § § § § § § § | CIVIL ACTION NO.: 5:15-cv-00194 |
| GILBERT LAVEAN And JEANNE BAIRD, | | |
| Defendants/Claimants | | |

## REQUEST TO ENTER NOTICE OF DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff USAA FEDERAL SAVINGS BANK ("USAA") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Jeanne Baird on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendant Jeanne Baird on April 22, 2015, evidenced by the proof of service of summons attached to the accompanying affidavit of Theodore C. Schultz. The additional facts set forth above are also set forth in the affidavit of Theodore C. Schultz filed herewith.

...

...

...

Respectfully submitted,

LINDOW ▪ STEPHENS ▪ TREAT LLP

By: _____
Theodore C. Schultz
Attorney In Charge
State Bar No. 00797393
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
Email: tschultz@lstlaw.com

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Request to Enter Notice of Default was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent and a copy mailed *via certified mail* on this 22nd day of July 2015, addressed to those who do not receive notice from the Clerk of the Court.

Michael J. Rogers
THE ROGERS LAW FIRM, P.C.
108 E. Chambers Street
Cleburne, Texas 76031

Jeanne Baird
4617 Foster Ranch Road
Austin, Texas 78735

_____
Theodore C. Schultz