## IN THE UNITED STATED DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USAA FEDERAL SAVINGS BANK | § | |
| | § | |
| Plaintiff/Stakeholder | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 5:15-cv-00194 |
| | § | |
| GILBERT LAVEAN | § | |
| And JEANNE BAIRD, | § | |
| | § | |
| Defendants/Claimants | § | |

## DECLARATION OF THEODORE C. SCHULTZ

1. My name is Theodore C. Schultz. I am of sound mind, over the age of 21, have never been convicted of a felony or crime involving moral turpitude and am otherwise competent to make this Declaration. I have personal knowledge of the facts stated in this affidavit, and each fact is true and correct.

2. I am a partner in the law firm of Lindow Stephens Treat LLP which represents Plaintiff USAA Federal Savings Bank ("USAA") in the referenced matter.

3. My office filed the Complaint in Interpleader in this matter on March 16, 2015.

4. My office further requested issuance of Summons to, among others, Defendant Jeanne Baird on March 16, 2015.

5. On March 18, 2015 our office provided the Summons for Jeanne Baird to a process server, who made service on Jeanne Baird on April 22, 2015 at 2:56 p.m. by delivering a true copy of the summons to Jeanne Baird at 4617 Foster Ranch Road, Austin, Texas 78735.

6. Attached hereto as Exhibit "A-1" is the executed Proof of Service signed under penalty of perjury by process server Brandon Tindall on April 23, 2015 regarding the details of the service on Jeanne Baird. The Proof of Service reflects that the Summons was left by Mr. Tindall with Jeanne Baird at 4617 Foster Ranch Road, Austin, Texas 78735.

7. Defendant Gilbert Lavean was also served with Summons on March 18, 2015 and responded to the Complaint in Intepleader by filing an Answer on April 9, 2015.

8. To date, Defendant Jeanne Baird has not filed an Answer or otherwise appeared in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Theodore C. Schultz

Date: July 22, 2015

# EXHIBIT A-1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| USAA Federal Savings Bank <br><br> *Plaintiff(s)* <br> v. <br><br> Gilbert LaVean <br> and Jeanne Baird <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:15-cv-00194-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jeanne Baird
908 Wessex Way
Austin, Texas 78748

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Theodore C. Schultz
Lindow Stephens Treat LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J. CLACK

Date: ___03/16/2015___

*Signature of Clerk or Deputy Clerk*



# AFFIDAVIT OF SERVICE

| State of Texas | County of Western | U.S. District Court |
|---|---|---|

Case Number: 5:15-CV-00194-VR

Plaintiff:
**USAA Federal Savings Bank**
vs.
Defendant:
**Gilbert Lavean and Jeanne Baird**

For:
Theodore Schultz
Lindow Stephens Treat, LLP
700 N. St. Mary's St., Suite 1700
San Antonio, TX 78205

Received these papers on the 18th day of March, 2015 at 12:14 pm to be served on **Jeanne Baird, 908 Wessex Way, Austin, TX 78748**.

I, Brandon Tindall, being duly sworn, depose and say that on the **22nd day of April, 2015** at **2:56 pm**, I:

**INDIVIDUALLY/PERSONALLY** by delivering a true copy of the **Summons In A Civil Action and USAA Federal Savings Bank's Complaint In Interpleader with the date of service endorsed thereon by me**, to: **Jeanne Baird** at the address of: **4617 Foster Ranch Rd., Austin, TX 78735**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

KARIN PENROD
Notary Public, State of Texas
My Commission Expires
December 17, 2018

Subscribed and Sworn to before me on the 23RD day of APRIL, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

Brandon Tindall
SCH #5384  EXP 9/30/2016

Our Job Serial Number: KTA-2015000384

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n