UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 22 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**USAA Federal Savings Bank**
    Plaintiff,

V.                                         SA-15-CV-00194-XR

**JEANNE BAIRD,**
         Defendant.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on Plaintiff's Complaint, has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for plaintiff that defendant(s) has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant(s) is hereby entered:

**JEANNE BAIRD**

JEANNETTE J. CLACK, CLERK
UNITED STATES DISTRICT COURT

By: _____
Rosanne M. Garza, Deputy Clerk

DATED: JULY 22, 2015